STATE OF NEW JERSEY v. CIBA–GEIGY CORPORATION.

May 24, 1988.

Cross-petition for certification granted. (See 222 *N.J.Super.* 343)

JAMES JOSEPH RYAN v. KDI SYLVAN POOLS, INC.

May 24, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. GARY STEVENS.

May 24, 1988.

Petition for certification denied. (See 222 *N.J.Super.* 602)

STATE OF NEW JERSEY v. LEDORA WATKINS.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD LEE SWINDELL.

May 24, 1988.

Petition for certification denied.